## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES E. HILL & ASSOCIATES, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-313-TJW-CE |
| | § | |
| ABT ELECTRONICS, INC., ET AL. | § | |

## ORDER

Pending before the court is the defendant Abt Electronics, Inc.'s ("Abt") unopposed motion to compel (Dkt. No. 95). Abt seeks production of license agreements from the plaintiff Charles E. Hill & Associates, Inc. ("Hill"). Although Hill is unopposed to the production of these licenses, Hill was unable to obtain the consent of all third-party licensees. On September 21, 2010, the court ordered Hill to forward a copy of the court's order granting leave for all third-party licensees to file objections to Abt's motion to compel within fourteen days (Dkt. No. 97). No objections were filed. As such, pursuant to the terms of the protective order entered in this litigation, the court orders Hill to produce all final, executed, license and settlement agreements between Hill and any third party related to the patents-in-suit.

SIGNED this 19th day of November, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE